# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

ALVIN RAY BICKHAM                                                                          PLAINTIFF

v.                                      CASE NO.  2:19-CV-2134

ANDREW M. SAUL, Commissioner,
Social Security Administration                                                          DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 17) from United States Magistrate Judge Mark E. Ford.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.  Judgment will be entered accordingly.

**IT IS SO ORDERED** this August 18, 2020.

/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE